IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 MAR 28 A 9:55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RaLPH Lingo )
Full name and prison number of )
plaintiff(s) )
)
v. )   CIVIL ACTION NO. 1:07cv269-wha
)   (To be supplied by the Clerk of the
Thomas Gutchens )    U.S. District Court)
Officer Troy SiLVA )
WitH Henrey County )
SHeriFF )   **DEMAND FOR JURY TRIAL**
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   **PREVIOUS LAWSUITS**

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (X)   No ( )

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1.   Parties to this previous lawsuit:
        Plaintiff(s) NO
        Defendant(s) NO

   2.   Court (if federal court, name the district; if state court, name the county) NO

   3.   Docket No. NO

   4.   Name of Judge to whom case was assigned NO

1.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? **Could Not Fight, was In Hospital**

6. Approximate date of filing lawsuit **do Not Know**

7. Approximate date of disposition **"          "**

II. PLACE OF PRESENT CONFINEMENT **Target, Co, Jail**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Henrey County**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. **Tommy Cutchens** — 1066-431 South Headland, AL 36345
2. **Officer Troy Silva**
3. **101 W. Court Sauare, Suit G**
4. **Abbeville, Alabama 36310**
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **5-7-2003 Time - 1:30 Pm**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Criminal Activitey on Tommy Cutchens**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

**I was Incarigated 5-7-2003, Tommy Cutchens Broke In my House Took Possion Property Tractor - forklift, 24' Tilt Trailer, Personal Property House Applian NO Eviction Notice, Never Late on Loan or Rent Payment**

-2-

**GROUND TWO:** Troy Silva Said Tomny Cutchens said He will Arest Thomasy Cutchens

**SUPPORTING FACTS:** For Bergulary Theft of Property and Selling Property that Does Not Belong To Tomny Cutchens Tried under Criminal Agtivitey

**GROUND THREE:** I Lingo Asked For Jurry trial with or with out

**SUPPORTING FACTS:** I went Into Custudy I was Sent To miami FLA For mental Evauulation I was Thean For a year when In Custudy in miami FLA Could No Fight Cival Case

**VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.**

Please Give me a Hearing I wont my Property Back are Be/ ReinBurst This Case To Be Heard By Judge And DeFindant Pay Court cost and All Cost

*Ralph Lingo*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3-26-2007
(date)

I cannot Read court, Ralph Lingo

*Ralph Lingo*
Signature of plaintiff(s)

-3-

Rafel Leign
Autauga County Metro Jail
136 North Court Street
Prattville, AL 36067-3002

To: Mrs Debra Hackett
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711 Montgomery, AL
36101-0711



INMATE MAIL
AUTAUGA METRO JAIL

26 MAR 2007

