IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Ralph Lingo,
   Plaintiff,

V,

THOMAS CUTCHENS, et al,
   Defendants,

CIVIL ACTION NO. 1:07;CV269

CIVIL 1:07CV269

The Order To The Court: Did not Being Fair to Plaintiff asking for the case to be reopen for following reason

1. On 5-7-2003 ( Ralph Lingo was lock-up in Jail

2. Ralph Lingo has been in custody, never have been out since.

3. Ralph Lingo was never (had) Late for or never been Late paying his rent, Electricity Bills, phone Bills, or any other Bills.

4. Thomas Cutchens took possession of my home property content, my Electricity, Telephone, and all my house goods products tractor, Folklefts, Frigerator, stove, kitchen, and everything that I own on 5-8-2003

(Page, 1 and 3)

Then the United States Courts I was in Your Custody and was unable to fight This case more less the Court telling me that it is alright for me to be robbed since I went to jail, I had no right over my property all the court is worring about $350.00 court cost that was already charge me for. Since the court charge me $350.00 and they still denied me of my rights of constitutional rights more less what the court is telling me It is alright for me to be robbed. As, the United States Court Do not Care of Your Constitutional Rights. We do not want to give you any rights to fight this in Court, The Court is sending me case Laws and the court know that I can't read. But, again the Court Don't care about people constitutional rights if You are in prisoner. I can not take the law in my own hands & can not go out here & go on a ram page on the account cause it will be wrong. But, I can turn to the public & news and also go to Washington D.C. about this — about the Southern District unfairness & Do not eagle rights eagle testened. I never Denied not to pay the Court Cost But, the court know that You are Lock-up & got no money and You do a hardship form showing that You can not pay a filing fee. I can say that the Court of the Southern District case # (1:07-cv-267) was not fair & Do not give me a eagle right in Court

(Page, 2)

I will not ~~ever~~ NEVER File Nothing in the Southern District Again. I will Never believe in the court system of the Southern District again. I LOSt everything I had & I turn to the Court to Do the right thing. The Court say we don't care about Your constitutional rights. We kept you Lock-up for two Years without no Law Libraries & We sent you to Miami was a thousand miles away. Where you could not fight your case in the appeal Court. I Lost my rights cause I could not fight my case in Alabama Appeal Court and I can not response to them because I was in the Federal muster security in Miami, Florida. When I come back by a year later Ya'll kept me in a jail with no library or books or no access with no type of Legal Material. This was wrong by the United States Federal Court to violated my rights & kept me for I can not fight more of my cases. The United States Did me wrong to my believes & rights & constitutional. The Court Do not care about a inmates rights, I am turning to the news to the United States Supreme court in Washington D.C. to the Federal District Attourney office. These are my personal feeling & I Did not want to do this all I asked is a honesty & Fair trial. Thank You Very Much!!!    (1:07CV269)

Ralph Linge Date, 4-19-2007
Time, 7:10 p.m

(3)



Ralph Lingo A.i.s 190083 AL Dorm "Bed"
P.O. Box 1107
Elmore, AL 36025-1107

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, AL 36101-0711

MONTGOMERY AL
20 APR 2007 PM 4 L

36101+0711 B007

(Legal Mail) (4-20-07)

Ms Deborah Hackett Please Send Me Richard Key address to Ralph Lingo Thank You