IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH LINGO,                              )
                                          )
                    Plaintiff,            )
                                          )
vs.                                       )    CIVIL ACTION NO. 1:07cv269-WHA
                                          )
THOMAS CUTCHENS, et al.,                  )
                                          )
                    Defendants.           )

## **ORDER**

This case is before the court on document #7, filed by the Plaintiff on April 23, 2007, which the court construes as a Motion to Reopen Case.

The Magistrate Judge entered a Report and Recommendation on March 29, 2007, which was returned as undeliverable because the Plaintiff was no longer an inmate at the facility to which it was addressed.  On April 5, 2007, the court received a Notice of Change of Address filed by the Plaintiff, and another copy of the Report and Recommendation was sent to him at that address.   On April 18, 2007, no objection having been filed, the court adopted the Recommendation of the Magistrate Judge and dismissed this case without prejudice.  On April 23, 2007, the clerk's office received the instant motion, which was mailed on April 20, 2007, and dated by the Plaintiff on April 19, 2007 at 7:10 p.m.

The motion states no legal basis for reopening this case after Final Judgment was entered on April 18, 1007.  Therefore, it is hereby

ORDERED that the motion is DENIED.

DONE this 2nd day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE